UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80815-DMM (Middlebrooks/Brannon)

PAT KENNEDY,

    Plaintiff,

v.

GERRY TRADER, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss with Prejudice Plaintiff's Claims against Defendant Palmetto Park Road Associates Limited. (DE 22). The Court has carefully considered the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and is otherwise fully advised in this matter, and it is

**ORDERED AND ADJUDGED** that said Joint Motion (DE 22) is hereby **GRANTED**, as follows:

    1.    The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.

    2.    The parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice is hereby **GRANTED.**

3. The Court **APPROVES** the Consent Decree, and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED WITH PREJUDICE**.

4. The Court shall retain jurisdiction to enforce the Consent Decree and monitor and enforce Defendant's compliance with the terms of the Consent Decree to the extent necessary.

5. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _21_ day of September, 2015.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record